USDC SCAN INDEX SHEET









THUESON

COSMEDERM

CAG    12/17/97    10:09
3:97-CV-01902
*8*
*CLKJGM.*

AO 450 Judgment in a Civil Case

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 1 1997
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DAVID O. THUESON

V.

COSMEDERM TECHNOLOGIES, INC.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 97cv1902H(CGA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Court granting Plaintiff's motion to remand, denying request for fees and costs. Case remanded to state court. Each side to bear its own costs in this matter. ..................................................

| December 17, 1997 | Roberta Westdal |
|---|---|
| Date | Clerk |
|  | CA Gunier |
|  | (By) Deputy Clerk |
|  | ENTERED ON December 17, 1997 |

8